**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **Criminal No. 4:25-cr-568-02** |
| | § | |
| **VINCENT MAURICE NORRIS** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Nicholas Ganjei, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **VINCENT MAURICE NORRIS;**

**SPN NO. 01732194;** duly committed to Harris County Jail, 700 N. San Jacinto, Houston, TX 77002, is a defendant in the above-captioned case which will be called for the purpose of an Initial Appearance in the United States District Court for the Southern District of Texas, Houston Division, on the 3 rd Day of February, 2026, at 02:00 PM , at Houston, Texas.

Petitioner where he now stands duly committed by law further represents that the Sheriff of Harris County Jail, Houston, Texas, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Sheriff of Harris County Jail, Houston, Texas, where he now stands duly committed by law.

WHEREFORE, petitioner prays the Court to issue a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal for the Southern District of Texas, or any other authorized United States Marshal, to produce the body of the said defendant before this Court on the 3rd Day of February, 2026, so that he may present in this cause at that time.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

Leo J. Leo, III
Assistant United States Attorney
Southern District of Texas